# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
*Golden v. Apple Inc., et al.*
Case No. 2020-1508

## **CERTIFICATE OF INTEREST**

Counsel for Appellee Apple Inc. certifies the following:

1. The full name of every party represented by me is:

    Apple Inc.

2. The name of the real party in interest represented by me is:

    Apple Inc.

3. Parent corporations and publicly held companies that own 10 percent or more of stock in the party represented by me are:

    None.

4. The names of all law firms and the partners or associates that appeared for the party or amicus now represented by me in the trial court or agency, or are expected to appear in this Court (and who have not or will not enter an appearance in this case) are:

    WOMBLE BOND DICKINSON (US) LLP: John F. Morrow, Jr., James Scheller, Minnie Kim, Ana J. Friedman

5. The title and number of any case known to counsel to be pending in this or any other court or agency that will directly affect or be directly affected by this Court's decision in the pending appeal is:

    *Golden v. United States*, No. 1:19-cv-0104-EGB (Fed. Cl.), *appeal pending*, No. 19-2134 (Fed. Cir.); *In re* U.S. Patent RE43,990 (petition to strike IPR Certificate No. US RE43,990 K1 from prosecution file filed July 2, 2019); *Golden v. United States*, No. 1:13-cv-00307-SGB, ECF No. 186 (Fed. Cl.) (stayed pending review of petition to strike).

Date: March 10, 2020                    /s/ John F. Morrow, Jr.

# CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March, 2020, I caused the foregoing CERTIFICATE OF INTEREST to be electronically filed with the Clerk of the Court for the United States Court of Appeals for the Federal Circuit using the Court's CM/ECF system.

I further certify that I caused a true and correct copy of the foregoing CERTIFICATE OF INTEREST to be served electronically to:

Larry Golden
740 Woodruff Road
No. 1102
Greenville, SC 29607
(864) 288-5605
atpg-tech@charter.net


Date: March 10, 2020					/s/ John F. Morrow, Jr.