

UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT
717 MADISON PLACE, N.W.
WASHINGTON, D.C. 20439

PETER R. MARKSTEINER
CLERK OF COURT

CLERK'S OFFICE
202-275-8000

June 17, 2020

**NOTICE OF FAILURE TO FILE A BRIEF**

Re: Appeal No. 20-1508 - Golden v. Apple Inc.

Dear Counsel:

It appears that the appellee in the above-entitled appeal has failed to file a brief. The case will therefore proceed on the appellant's brief, pursuant to Fed. R. App. P. 31(c), effective the date of this notice.

Sincerely,

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court

By: J. Liporace, Deputy Clerk